DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JESSIE JOSEPH "W",**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2025-3117

[January 29, 2026]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Bernard Bober, Judge; L.T. Case No. 15-003888-CF10A.

Rook E. Ringer of The Post-Conviction Alliance, Brandon, for appellant.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

KUNTZ, C.J., CIKLIN and SHEPHERD, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***